IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID STRATTON,

        Appellant,

v.
                        Case No. 5D23-255
                        LT Case No. 2007-CF-1677

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed May 30, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

David Stratton, Lake City, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EISNAUGLE, BOATWRIGHT and KILBANE, JJ., concur.